SHEILA M. SALOMON (SBN 164619)
ANDREW L. CHANG (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
333 Bush Street, Suite 600
San Francisco, California 94104-2828
Telephone:   (415) 544-1900
Facsimile:   (415) 391-0281
ssalomon@shb.com
achang@shb.com

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ARISTA RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; AND ELEKTRA ENTERTAINMENT GROUP INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>            Plaintiffs,<br>      v.<br><br>COURTNEY LOCKWOOD,<br><br>            Defendant. | CASE NO. 2:05-cv-1292 MCE KJM<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE** |

Plaintiffs have filed an Ex Parte Application For Extension of Time to Effectuate Service. Upon consideration of all the papers filed in connection therewith and good cause showing therefore, it is hereby ordered that the Ex Parte Application is GRANTED and Plaintiffs have an additional 60 days to serve Defendant with the Summons and Complaint.

1  Plaintiffs' deadline to serve the Defendant with the Summons and Complaint is December
2  20, 2005.
3  SO ORDERED.

5  Dated: October 20, 2005

7  _____
   MORRISON C. ENGLAND, JR
8  UNITED STATES DISTRICT JUDGE

Shook, Hardy & Bacon L.L.P.
333 Bush Street, Suite 600
San Francisco
California 94104-2828

2