```
 1  Sheila M. Salomon, Bar No. (SBN 164619)
    Andrew L. Chang, Bar No. (SBN 222309)
 2  SHOOK, HARDY & BACON L.L.P.
    333 Bush Street, Suite 600
 3  San Francisco, California 94104-2828
    Telephone:    415.544.1900
 4  Facsimile:    415.391.0281
    ssalomon@shb.com, achang@shb.com
 5
    Attorneys for Plaintiffs
 6  CAPITOL RECORDS, INC.; UMG RECORDINGS,
    INC.; WARNER BROS. RECORDS INC.; ARISTA
 7  RECORDS, INC.; SONY BMG MUSIC
    ENTERTAINMENT; VIRGIN RECORDS AMERICA,
 8  INC.; AND ELEKTRA ENTERTAINMENT GROUP
    INC.
 9
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>COURTNEY LOCKWOOD<br><br>        Defendant. | Case No. 2:05-cv-1292 MCE KJM<br><br>**ORDER GRANTING EX PARTE APPLICATION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

/ / /

/ / /

/ / /

/ / /

/ / /

1  Plaintiffs have filed an Ex Parte Application to Continue Deadline to File Joint Status Report.
2  Upon consideration of the Ex Parte Application and good cause showing therefore, it is hereby
3  ordered that the Ex Parte Application is GRANTED.

4  The deadline to file a Joint Status Report is April 10, 2006.

5  SO ORDERED.

Dated: February 7, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com