1  Leemore Libesman, SBN 221969
   HOLME ROBERTS & OWEN LLP
2  777 South Figueroa, Suite 2800
   Los Angeles, California  90017
3  Telephone:     (213) 572-4300
   Facsimile:     (213) 572-4400
4  Email:  leemore.libesman@hro.com

5  Attorneys for Plaintiffs
   CAPITOL RECORDS, INC.; UMG RECORDINGS,
6  INC.; WARNER BROS. RECORDS INC.; ARISTA
   RECORDS, INC.; SONY BMG MUSIC
7  ENTERTAINMENT; VIRGIN RECORDS AMERICA,
   INC.; AND ELEKTRA ENTERTAINMENT GROUP
8  INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a California corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>COURTNEY LOCKWOOD,<br><br>    Defendant. | Case No. 2:05-cv-1292 MCE KJM<br><br><br><br><br><br><br><br><br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEYS FOR PLAINTIFFS** |

///

///

///

///

1  Plaintiffs have filed an Application For Substitution of Attorneys for Plaintiffs. Upon
2  consideration of all the papers filed in connection therewith and good cause showing therefore, it is
3  hereby ordered that the Application is GRANTED.
4  SO ORDERED.

Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com