UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; VIRGIN RECORDS AMERICA, INC., a, California corporation; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>COURTNEY LOCKWOOD,<br><br>    Defendant.<br>_____/ | No. 2:05-cv-1292-MCE-KJM<br><br>**ORDER RE: SETTLEMENT AND DISPOSITION** |

    Pursuant to the representations of the attorney for Plaintiffs, the Court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 24, 2006.

Failure to comply with this Order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this Order.

IT IS SO ORDERED.

DATED: May 23, 2006

```
_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE
```