UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; VIRGIN RECORDS AMERICA, INC.; and ELEKTRA ENTERTAINMENT GROUP, INC., <br><br>    Plaintiffs, <br><br>    v. <br><br> COURTNEY LOCKWOOD, <br><br>    Defendant. <br> _____/ | No. 2:05-cv-1292-MCE-KJM <br><br> **ORDER RE: SETTLEMENT AND DISPOSITION** |

Pursuant to the representations of the attorney for Plaintiffs, the Court determined that this case settled as of May 19, 2006.

Plaintiffs' counsel is granted an extension of time to file dispositional documents on or before November 13, 2006.

///
///
///
///

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

IT IS SO ORDERED.

DATED: September 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE